```
             UNITED STATES DISTRICT COURT FOR THE
                 SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

```
LYNDON YOUNG,                     :

     Plaintiff,                   :

vs.                               :     CIVIL ACTION 07-0765-WS-M

PERRY COUNTY CORRECTIONAL         :
CENTER, et al.,
                                  :
     Defendants.
```

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.  It is ORDERED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice.

**DONE** and **ORDERED** this 4th day of September, 2008.


                              s/WILLIAM H. STEELE
                              UNITED STATES DISTRICT JUDGE