```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                 SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION


LYNDON YOUNG,                      :

     Plaintiff,                    :

vs.                                :     CIVIL ACTION 07-0765-WS-M

PERRY COUNTY CORRECTIONAL          :
CENTER, et al.,
                                   :
     Defendants.
```

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice.

**DONE** this 4th day of September, 2008.


                              s/WILLIAM H. STEELE
                              UNITED STATES DISTRICT JUDGE